IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SAUL V. GUILLIOT (BOP Register No. 14208-035), | § § § § § | |
| Plaintiff, | | |
| V. | § | No. 3:17-CV-2701-M-BN |
| D.J. HARMON, Warden, ET AL., | § § § § § | |
| Defendants. | | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed. The District Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

The Court therefore DISMISSES Claim 3, Claim 4, and – as asserted against Defendants D.J. Harmon, Dr. Jennifer Caperton, and Dr. Kevin McDermott in their official capacities – Claim 5 for lack of subject matter jurisdiction; DISMISSES Claim 2 and – as asserted against Defendant McDermott in his individual capacity – Claim 5 for failure to state a claim; and otherwise DENIES Defendants' motion to dismiss [Dkt. No. 14].

Plaintiff Saul V. Guilliot may file an amended complaint no later than **21 days** after entry of this order.

SO ORDERED this 27th day of August, 2018.

_____
BARBARA M. G. LYNN
CHIEF JUDGE